IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHELITHA VANESSA THOMAS                                              PLAINTIFF

VS.                                             CIVIL ACTION NO. 2-20-cv-123-KS-MTP

COMMISSIONER OF SOCIAL SECURITY                              DEFENDANT

ORDER

THIS CAUSE CAME ON THIS DATE to be heard on Report and Recommendation [3] of United States Magistrate Judge Michael T. Parker, and the Court having fully reviewed same as well as the record in this matter and being duly advised in the premises finds that the Report and Recommendation should be adopted as the opinion of this Court.

IT IS THEREFORE ORDERED that the Report and Recommendation be, and the same is, hereby adopted as the finding of this Court, and the Motion for Leave to Proceed *in forma pauperis* [2] be, and the same is, hereby DENIED. It is further ordered that the Plaintiff be given sixty (60) days from the date of this Order or until October 6, 2020, to pay all of the costs associated with this filing. Should Plaintiff fail to timely pay all of the costs associated with the filing of this lawsuit, this matter shall be Dismissed Without Prejudice and without further notice.

SO ORDERED this the __5th__ day of August, 2020.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE